1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9
10

| | |
|---|---|
| ANDREA MANDRIL, )<br> )<br>Plaintiff(s), )<br> )<br>v. )<br> )<br>BAY AREA CREDIT SERVICE, LLC, )<br> )<br>Defendant(s). )<br> ) | Case No. 2:15-cv-00420-JCM-NJK<br><br>ORDER |

16        No proof of service has been filed showing service has been effectuated on Defendant and no

17 action has been taken in this case in nearly one year.  Plaintiff is hereby **ORDERED** to file a status

18 report no later than March 7, 2016.

19        IT IS SO ORDERED.

20        DATED: February 29, 2016

21        _____

22        Nancy J. Koppe
          United States Magistrate Judge

23
24
25
26
27
28